Janine M. Gargiulo (JG-6909)
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3936
Fax: (212) 484-3990
gargiulo.janine@arentfox.com
*Attorney for Plaintiffs Diesel S.p.A. and Diesel U.S.A., Inc.*

08 CIV 7217

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

DIESEL S.p.A. and DIESEL U.S.A., INC.,

         **Plaintiffs,**

v.

RHE HATCO, INC.,

         **Defendant.**
-----------------------------------------------------------

Civil Action No.

**7.1 DISCLOSURE STATEMENT**

RECEIVED AUG 13 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Diesel S.p.A. and Diesel U.S.A., Inc. (collectively, "Diesel") (private non-governmental parties), certifies that Diesel U.S.A., Inc. is a wholly owned subsidiary of Diesel International BV, which is a wholly owned subsidiary of Diesel S.p.A., all of which belong to the Only the Brave s.r.l. Group. None of these entities are publicly held.

NYC/396564.1

Dated:  August 13, 2008
        New York, New York

                                              ARENT FOX LLP

                                              Janine M. Gargiulo (JG-6909)
                                              Arent Fox LLP
                                              1675 Broadway
                                              New York, NY 10019
                                              Telephone:  (212) 484-3936
                                              Fax:  (212) 484-3990
                                              gargiulo.janine@arentfox.com

                                              *Attorney for Plaintiffs Diesel S.p.A. and*
                                              *Diesel U.S.A., Inc.*

NYC/396564.1